IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY D. DUNN,

      Petitioner,                      No. CIV S-07-0408 FCD EFB P

   vs.

U.S.A., et al.,

      Respondents.                 FINDINGS AND RECOMMENDATIONS

_____/

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 28, 2008, the court ordered petitioner to file an in forma pauperis affidavit or pay the appropriate filing fee within 30 days and warned him that failure to do so would result in a recommendation that this action be dismissed.

      The 30-day period has expired and petitioner has not filed a completed in forma pauperis affidavit or paid the appropriate filing fee.[1]

      It therefore is RECOMMENDED that this action be dismissed without prejudice.

////

---

[1] Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1  These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3  after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8  Dated:  June 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2